Name and address:
Kevin S. Prussia
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel.: 617-526-6243
Fax: 617-526-5000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENZYME CORPORATION,<br><br>                    v.<br><br>GENENTECH, INC., and CITY OF HOPE,<br><br>Plaintiff(s) / Defendant(s). | **CASE NUMBER**<br>CV 15-9991-GW(AGRx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE** |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice filed by

Prussia, Kevin S.
Applicant's Name (Last Name, First Name & Middle Initial)

617-526-6243          617-526-5000
Telephone Number     Fax Number

kevin.prussia@wilmerhale.com
E-Mail Address

of

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Firm Name & Address

for permission to appear and participate in this case on behalf of

Genentech, Inc.
City of Hope
Name(s) of Party(ies) Represented

☐ Plaintiff  ☒ Defendant  ☐ Other: ___

and designating as Local Counsel

Casamassima, Christopher T.
Designee's Name (Last Name, First Name & Middle Initial)

211280
Designee's Cal. Bar Number

213-443-5374
Telephone Number

213-443-5400
Fax Number

of

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Firm Name & Address

chris.casamassima@wilmerhale.com
E-Mail Address

hereby ORDERS the Application be:

☒ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated: February 29, 2016

*[signature]*
GEORGE H. WU, U.S. District Judge