Name and address:
David L. Cavanaugh
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.: 202-663-6025
Fax: 202-663-6363

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GENZYME CORPORATION,

Plaintiff(s)

v.

GENENTECH, INC. and CITY OF HOPE,

Defendant(s).

**CASE NUMBER**

CV 15-9991-GW(AGRx)

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE**

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice filed by

Cavanaugh, David L.
Applicant's Name (Last Name, First Name & Middle Initial)

202-663-6025
Telephone Number

202-663-6363
Fax Number

david.cavanaugh@wilmerhale.com
E-Mail Address

of

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washingston, DC 20006
Firm Name & Address

for permission to appear and participate in this case on behalf of

Genentech, Inc.
City of Hope

Name(s) of Party(ies) Represented

☐ Plaintiff   ☒ Defendant   ☐ Other: _____

and designating as Local Counsel

Casamassima, Christopher T.
Designee's Name (Last Name, First Name & Middle Initial)

211280
Designee's Cal. Bar Number

213-443-5374
Telephone Number

213-443-5400
Fax Number

of

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Firm Name & Address

chris.casamassima@wilmerhale.com
E-Mail Address

hereby ORDERS the Application be:

☒ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated: February 29, 2016

*[signature]*
GEORGE H. WU, U.S. District Judge

G–64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE   Page 1 of 1