Name and address:
Robert J. Gunther Jr.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: 212-230-8830
Fax: 212-230-8888

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GENZYME CORPORATION,

Plaintiff(s),

v.

GENENTECH, INC. and CITY OF HOPE,

Defendant(s).

CASE NUMBER

CV 15-9991-GW(AGRx)

ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice filed by

Gunther Jr., Robert J.
Applicant's Name (Last Name, First Name & Middle Initial)

of Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Firm Name & Address

212-230-8830
Telephone Number

212-230-8888
Fax Number

robert.gunther@wilmerhale.com
E-Mail Address

for permission to appear and participate in this case on behalf of

Genentech, Inc.
City of Hope

Name(s) of Party(ies) Represented

☐ Plaintiff   ☒ Defendant   ☐ Other: _____

and designating as Local Counsel

Casamassima, Christopher T.
Designee's Name (Last Name, First Name & Middle Initial)

211280
Designee's Cal. Bar Number

213-443-5374
Telephone Number

213-443-5400
Fax Number

of Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Firm Name & Address

chris.casamassima@wilmerhale.com
E-Mail Address

hereby ORDERS the Application be:

☒ GRANTED.

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED, for failure to pay the required fee.

Dated: February 29, 2016

_____
GEORGE H. WU, U.S. District Judge