Name and address:
Amanda L. Major
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.: 202-663-6304
Fax: 202-663-6363

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GENZYME CORPORATION,

Plaintiff(s)

v.

GENENTECH, INC. and CITY OF HOPE,

Defendant(s).

CASE NUMBER

2:15-cv-09991-GW-AGR

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Major, Amanda L.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-663-6304
*Telephone Number*

202-663-6363
*Fax Number*

amanda.major@wilmerhale.com
*E-Mail Address*

of

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washingston, DC 20006

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Genentech, Inc.

City of Hope

*Name(s) of Party(ies) Represented*

☐ Plaintiff   ☒ Defendant   ☐ Other: _____

and designating as Local Counsel

Casamassima, Christopher T.
*Designee's Name (Last Name, First Name & Middle Initial)*

211280
*Designee's Cal. Bar Number*

213-443-5374
*Telephone Number*

213-443-5400
*Fax Number*

of

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

*Firm Name & Address*

chris.casamassima@wilmerhale.com
*E-Mail Address*

hereby ORDERS the Application be:

☐ **GRANTED.**
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED,** for failure to pay the required fee.

Dated _____

**U.S. District Judge/U.S. Magistrate Judge**