Name and address:
Christian G. Kiely
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel.: 617-526-6996
Fax: 617-526-5000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENZYME CORPORATION,<br><br>                v.<br><br>GENENTECH, INC., and CITY OF HOPE,<br><br>               Plaintiff(s) / Defendant(s). | CASE NUMBER<br><br>2:15-cv-09991-GW-AGR<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Kiely, Christian G.     of     Wilmer Cutler Pickering Hale and Dorr LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     60 State Street
617-526-6517     617-526-5000     Boston, MA 02109
*Telephone Number*     *Fax Number*
christian.kiely@wilmerhale.com     *Firm Name & Address*
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**

Genentech, Inc.
City of Hope

*Name(s) of Party(ies) Represented*     ☐ Plaintiff   ☒ Defendant   ☐ Other: _____

**and designating as Local Counsel**

Casamassima, Christopher T.     of     Wilmer Cutler Pickering Hale and Dorr LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     350 South Grand Avenue, Suite 2100
211280     213-443-5374     Los Angeles, CA 90071
*Designee's Cal. Bar Number*     *Telephone Number*
      213-443-5400     *Firm Name & Address*
      *Fax Number*     chris.casamassima@wilmerhale.com
            *E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED.**
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED, for failure to pay the required fee.**

**Dated** _____

                                          **U.S. District Judge/U.S. Magistrate Judge**