Name and address:
Amanda L. Major
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.: 202-663-6304
Fax: 202-663-6363

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GENZYME CORPORATION, | | CASE NUMBER |
| | Plaintiff(s) | CV 15-9991-GW(AGRx) |
| v. | | |
| GENENTECH, INC. and CITY OF HOPE, | | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| | Defendant(s). | |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Major, Amanda L.                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

202-663-6304            202-663-6363

*Telephone Number        Fax Number*

amanda.major@wilmerhale.com

*E-Mail Address*

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Genentech, Inc.

City of Hope

*Name(s) of Party(ies) Represented*      ☐ Plaintiff   ☒ Defendant   ☐ Other:

**and designating as Local Counsel**

Casamassima, Christopher T.                  of

*Designee's Name (Last Name, First Name & Middle Initial)*

211280                213-443-5374

*Designee's Cal. Bar Number      Telephone Number*

                      213-443-5400

                      *Fax Number*

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

*Firm Name & Address*

chris.casamassima@wilmerhale.com

*E-Mail Address*

**hereby ORDERS the Application be:**

☒ **GRANTED.**

☐ **DENIED. Fee shall be returned by the Clerk.**

☐ **DENIED, for failure to pay the required fee.**

**Dated: March 8, 2016**

*George H. Wu*

**GEORGE H. WU, U.S. District Judge**