Name and address:
Christian G. Kiely
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel.: 617-526-6996
Fax: 617-526-5000

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENZYME CORPORATION, <br> Plaintiff(s) <br> v. <br> GENENTECH, INC., and CITY OF HOPE, <br> Defendant(s). | CASE NUMBER <br> CV 15-9991-GW(AGRx) <br><br> ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Kiely, Christian G.
*Applicant's Name (Last Name, First Name & Middle Initial)*

617-526-6517
*Telephone Number*

617-526-5000
*Fax Number*

christian.kiely@wilmerhale.com
*E-Mail Address*

of

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Genentech, Inc.
City of Hope

*Name(s) of Party(ies) Represented*   ☐ Plaintiff   ☒ Defendant   ☐ Other: _____

and designating as Local Counsel

Casamassima, Christopher T.
*Designee's Name (Last Name, First Name & Middle Initial)*

211280
*Designee's Cal. Bar Number*

213-443-5374
*Telephone Number*

213-443-5400
*Fax Number*

of

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
*Firm Name & Address*

chris.casamassima@wilmerhale.com
*E-Mail Address*

hereby ORDERS the Application be:

☒ **GRANTED.**
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated: March 8, 2016

*[signature]*

**GEORGE H. WU, U.S. District Judge**