MAYER BROWN LLP
ELIZABETH MANN (SBN 106524)
emann@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

LISA M. FERRI (*pro hac vice*)
lferri@mayerbrown.com
BRIAN W. NOLAN (*pro hac vice*)
bnolan@mayerbrown.com
RICHARD J. MCCORMICK (*pro hac vice*)
rmccormick@mayerbrown.com
SCOTT A. MCMURRY (*pro hac vice*)
smcmurry@mayerbrown.com
1221 Avenue of Americas
New York, NY  10020
Telephone:  (212) 506-2500
Facsimile:   (212) 262-1910

Attorneys for Plaintiff
GENZYME CORPORATION

(*Counsel for Genentech and City of Hope listed on signature page*)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| GENZYME CORPORATION,<br><br>      Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>GENENTECH, INC. and CITY OF HOPE,<br><br>      Defendants/Counterclaim Plaintiffs. | Case No. 2:15-cv-09991-GW-AGR<br><br>**JOINT CLAIM CONSTRUCTION AND PRELIMINARY STATEMENT**<br><br>Courtroom: 10 - Spring Street Floor<br>Judge:     Hon. George H. Wu |

Pursuant to the Court's Order of February 18, 2016 (D.I. 48), the parties submit the following Joint Claim Construction and Preliminary Statement concerning construction of U.S. Patent No. 7,923,221 (the "Cabilly III Patent").

## I. PROPOSED CLAIM CONSTRUCTIONS

The parties have met and conferred regarding the submission of this Joint Claim Construction and Preliminary Statement. On April 1, 2016, Genzyme identified to Genentech and City of Hope the claim term "variable region" (including the immediately surrounding claim text, as set forth below) as the only claim term that Genzyme would seek to be construed by the Court. Genentech and City of Hope do not believe that any surrounding claim text warrants construction. Genentech and City of Hope propose incorporating their proposed construction of "variable region" (set forth below) into each phrase sought to be construed by Genzyme. On April 15, 2016, the parties exchanged their respective proposed constructions of "variable region," as reflected in the table below. The parties were unable to reach agreement on a proposed construction. Genzyme believes that construction of "variable region" will be case or claim dispositive, in particular with respect to infringement of the asserted claims of the Cabilly III Patent. Genentech and City of Hope do not believe the construction of "variable region" will be case or claim dispositive, because Genzyme's proposed construction is inconsistent with the intrinsic record, which Genentech and City of Hope's briefs will demonstrate.

| PROPOSED CONSTRUCTIONS FOR CABILLY III PATENT | | |
|---|---|---|
| **Identified Claim Term** | **Genzyme's Proposed Construction** | **Genentech and COH's Proposed Construction** |
| "a variable region comprising non human mammalian variable region sequences" (claims 1, 2) | "a variable region that is homologous to a non human mammalian variable region sequence found in antibodies produced by non | See below for "variable region" |

| PROPOSED CONSTRUCTIONS FOR CABILLY III PATENT | | |
|---|---|---|
| **Identified Claim Term** | **Genzyme's Proposed Construction** | **Genentech and COH's Proposed Construction** |
| | human mammalian immune systems"[1] | |
| "an antibody heavy chain or fragment thereof comprising…a <u>variable region</u> comprising non human mammalian variable region sequences" (claim 15) | "an antibody heavy chain or fragment thereof comprising…a variable region that is homologous to a non human mammalian variable region sequence found in antibodies produced by non human mammalian immune systems" | See below for "variable region" |
| "an antibody light chain or fragment thereof comprising…a <u>variable region</u> comprising non human mammalian variable region sequences" (claim 15) | "an antibody light chain or fragment thereof comprising…a variable region that is homologous to a non human mammalian variable region sequence found in antibodies produced by non human mammalian immune systems" | See below for "variable region" |
| "an antibody heavy chain or fragment thereof comprising…a <u>variable region</u> comprising non human mammalian variable region sequences" (claim 24) | "an antibody heavy chain or fragment thereof comprising…a variable region that is homologous to a non human mammalian variable region sequence found in antibodies produced by non human mammalian immune systems" | See below for "variable region" |

---

[1] Genzyme's proposed constructions for claims 1, 2, 15 and 24 would exclude: (1) a variable region containing any human variable region sequences, (2) a variable region with a sequence derived from more than one mammalian antibody, and (3) a variable region with a sequence that has been altered or varied from the variable region sequence of a mammalian antibody.

| PROPOSED CONSTRUCTIONS FOR CABILLY III PATENT | | |
|---|---|---|
| **Identified Claim Term** | **Genzyme's Proposed Construction** | **Genentech and COH's Proposed Construction** |
| "an antibody light chain or fragment thereof comprising…a <u>variable region</u> comprising non human mammalian variable region sequences" (claim 24) | "an antibody light chain or fragment thereof comprising…a variable region that is homologous to a non human mammalian variable region sequence found in antibodies produced by non human mammalian immune systems" | See below for "variable region" |
| "a <u>variable region</u> sequence" (claim 25) | "a variable region sequence that is homologous to a variable region sequence found in antibodies produced by vertebrate immune systems"[2] | See below for "variable region" |
| "a <u>variable region</u> sequence" (claim 26) | "a variable region sequence that is homologous to a variable region sequence found in antibodies produced by vertebrate immune systems" | See below for "variable region" |
| "an antibody heavy chain or fragment thereof comprising a <u>variable region</u> sequence" (claim 38) | "an antibody heavy chain or fragment thereof comprising a variable region sequence that is homologous to a variable region sequence found in antibodies produced by vertebrate immune systems" | See below for "variable region" |

---

[2] Genzyme's proposed constructions for claims 25, 26, 38 and 47 would exclude: (1) a variable region with a sequence derived from more than one vertebrate antibody, and (2) a variable region with a sequence that has been altered or varied from the variable region sequence of a vertebrate antibody.

3
JOINT CLAIM CONSTRUCTION AND PRELIMINARY STATEMENT, CASE NO. 2:15-CV-09991-GW-AGR

| PROPOSED CONSTRUCTIONS FOR CABILLY III PATENT | | |
|---|---|---|
| **Identified Claim Term** | **Genzyme's Proposed Construction** | **Genentech and COH's Proposed Construction** |
| "an antibody light chain or fragment thereof comprising a <u>variable region</u> sequence" (claim 38) | "an antibody light chain or fragment thereof comprising a variable region sequence that is homologous to a variable region sequence found in antibodies produced by vertebrate immune systems" | See below for "variable region" |
| "an antibody heavy chain or fragment thereof comprising a <u>variable region</u> sequence" (claim 47) | "an antibody heavy chain or fragment thereof comprising a variable region sequence that is homologous to a variable region sequence found in antibodies produced by vertebrate immune systems" | See below for "variable region" |
| "an antibody light chain or fragment thereof comprising a <u>variable region</u> sequence" (claim 47) | "an antibody light chain or fragment thereof comprising a variable region sequence that is homologous to a variable region sequence found in antibodies produced by vertebrate immune systems" | See below for "variable region" |
| "variable region" (claims 1, 2, 15, 24, 25, 26, 38, 47) | See the above claim terms identified by Genzyme, all of which contain the term "variable region" | "the N-terminal end of a heavy or light chain that terminates before the beginning of the constant region" |

II.   **Identification of References in the Cabilly III Patent Specification and Prosecution History and Identification of Extrinsic Evidence**

   A.   **Genzyme's Identification of Intrinsic and Extrinsic Evidence**

   Genzyme identifies below the presently known intrinsic and extrinsic evidence on which it may rely on or cite to either in support of its own proposed

constructions or to oppose Defendants' proposed constructions. By identifying extrinsic evidence, Genzyme does not concede that extrinsic evidence is necessary to construe the claim terms at issue. In addition, Genzyme expressly reserves the right to rely on any other evidence identified after further investigation or discovery, including discovery pertaining to claim construction under the Scheduling Order, or for any other reason permitted by the Federal Rules of Civil Procedure, the Local Rules of this District, or the Court's Orders.

Genzyme identifies the following references from the specification of the Cabilly III patent (in column:line format): 1:23-64, 3:42-58, 4:50-5:25, 5:64-7:62, 13:55-16:25; 26:10-27:51.

Genzyme identifies the following references from the prosecution history file for the Cabilly III Patent (including any declarations, affidavits or exhibits relied upon therein):

1. Preliminary Amendment, July 7, 1995
2. Restriction or Election Requirement, July 25, 1995
3. Response to Election/Restriction Requirement, August 10, 1995
4. Restriction or Election Requirement, January 24, 1996
5. Response to Second Restriction Requirement and Amendment, March 29, 1996
6. Office Action, September 18, 1996
7. Amendment, March 17, 1997
8. Office Action, July 11, 1997
9. Amendment, January 8, 1998
10. Office Action, July 6, 1998
11. Amendment, January 6, 1999
12. Interview Summary, February 8, 1999
13. Office Action, April 1, 1999
14. Interview Summary, April 15, 1999

15. Communication, April 19, 1999
16. Office Action, April 20, 1999
17. Amendment, October 1, 1999
18. Notice of Allowability, November 18, 1999
19. Interview Summary, September 19, 2002
20. Amendment, September 27, 2002
21. Office Action, October 2, 2002
22. Terminal Disclaimer, March 3, 2003
23. Office Action, June 3, 2003
24. Amendment, November 3, 2003
25. Notice of Non-Compliant Amendment, December 11, 2003
26. Response to Notice of Non-Compliant Amendment, March 7, 2006
27. Office Communication, January 17, 2007
28. Amendment, July 12, 2010
29. Notice of Allowability, December 6, 2010
30. Examiner-Initiated Interview Summary, December 6, 2010
31. Interview Summary, December 6, 2010
32. Examiner's Amendment and Reasons for Allowance, December 21, 2010

Genzyme identifies the following extrinsic evidence:

1. Alberts et al., "Molecular Biology of the Cell" (Garland Publishing) Chapter 17 (1983)
2. Boulianne et al., "Production of Functional Mouse/Human Chimeric Antibody," Nature 312:643-46 (1994)
3. Carter et al., U.S. Patent No. 5,821,337 (filed June 14, 1991)
4. Chadd & Camow, "Therapeutic Antibody Expression Technology," Current Opinion in Biotechnology 12:188-194 (2001)

6
JOINT CLAIM CONSTRUCTION AND PRELIMINARY STATEMENT, CASE NO. 2:15-CV-09991-GW-AGR

5. Jones et al., "Replacing the Complementarity-Determining Regions in a Human Antibody With Those From a Mouse," Nature 321:522-5 (1986)

6. Larrick et al., "Construction of Recombinant Therapeutic Monoclonal Antibodies," in Therapeutic Monoclonal Antibodies (ed. by C.A.K. Borrebaeck & J.W. Larrick) p. 17. Stockton Press, New York (1990)

7. Léger et al., "Humanization of Antibodies," in Antibody Drug Discovery (ed. by Clive Wood) p. 1 Imperial College Press (2012)

8. Lonberg, "Human Antibodies from Transgenic Animals," Nature Biotechnology 23: 1117-25 (2005)

9. Morrison et al., "Chimeric Human Antibody Molecules: Mouse Antigen-Binding Domains with Human Constant Region Domains," Proc. Nat'l Acad. Sci. USA 81:6851-6855 (1984)

10. Neuberger et al., "A Hapten Specific Chimaeric IgE with Human Physiological Effector Function," Nature 314:268-70 (1985)

11. Owens et al., "The Genetic Engineering of Monoclonal Antibodies," Journal of Immunological Methods, 168:149-65 (1994)

12. Queen et al., U.S. Patent No. 5,693,761 (filed December 28, 1988)

13. Riechmann et al., "Reshaping Human Antibodies for Therapy," Nature 332:323-27 (1988)

14. Steinitz, "Three Decades of Human Monoclonal Antibodies," Human Antibodies 18:1-10 (2009)

15. Winter et al., "Restructuring Enzymes and Antibodies," in Investigation and Exploitation of Antibody Combining Sites (ed. by E. Reid et al.) p. 139 (1985)

16. Winter et al., U.S. Patent No. 5,225,539 (filed May 27, 1986)

17. Verhoeyen et al., "Reshaping Human Antibodies: Grafting an Antilysozyme Activity," Science 239:1534-36 (1988)

      18.    Watkins & Ouwehand, "Introduction to Antibody Engineering and Phage Display," Vox Sang 78:72-29 (2000)

Genzyme further identifies, and incorporates by reference, all prior art and other documents served in its Invalidity Contentions, as well as those documents incorporated by reference therein, which Genzyme may rely upon to support its claim construction positions. To the extent that any prosecution history, including the prosecution history of the Cabilly III Patent, may later be deemed to be extrinsic evidence, Genzyme hereby identifies each prosecution history, including all references cited therein, of each application related to the '221 Patent as extrinsic evidence upon which Genzyme may rely.

**B.    Defendants' Identification of Intrinsic and Extrinsic Evidence**

Genentech and City of Hope identify the following references from the specification of the Cabilly III patent (in column:line format): 5:6-13; 6:30-7:18; 28:47-57; 29:3-4; 29:26-37; 29:50-62; 29:63-30:3; 30:6-13.

Genentech and City of Hope identify the following references from the prosecution history file for the Cabilly III Patent (including any declarations, affidavits or exhibits relied upon therein):

    1.    Amendment, January 8, 1998
    2.    Amendment, October 1, 1999
    3.    Notice of Allowability, November 18, 1999
    4.    Amendment, July 12, 2010
    5.    Notice of Allowability, December 6, 2010

Genentech and City of Hope reserve the right to cite additional intrinsic or extrinsic evidence to respond to arguments made by Genzyme, including but not limited to intrinsic or extrinsic evidence cited above by Genzyme.

**III.    The Claim Construction Hearing On July 21, 2016**

Genzyme believes at this time that it will require sixty minutes for its presentation at the Claim Construction Hearing, not inclusive of any time allotted to

it for the Technology Tutorial to the Court scheduled for July 11, 2016. Genzyme does not intend to call any witnesses at the Claim Construction Hearing.

Genentech and City of Hope believe that they will require sixty minutes for their presentation at the Claim Construction Hearing, not inclusive of any time allotted to them for the Technology Tutorial to the Court scheduled for July 11, 2016. Genentech and City of Hope do not intend to call any witnesses at the Claim Construction Hearing.

Dated: May 3, 2016

MAYER BROWN LLP
ELIZABETH MANN
LISA M. FERRI
BRIAN W. NOLAN
RICHARD J. MCCORMICK
SCOTT MCMURRY

By: */s/Elizabeth Mann*
　　　Elizabeth Mann

Attorneys for Plaintiff
GENZYME CORPORATION

DURIE TANGRI
DARALYN DURIE
ADAM BRAUSA

By: */s/Adam Brausa*
　　　Adam Brausa

Attorneys for Defendants and Counter-Plaintiffs GENENTECH, INC. and CITY OF HOPE

## FILER'S ATTESTATION OF CONCURRENCE

Pursuant to Civil L.R. 5-4.3.4(a)(2) relating to documents requiring multiple signatures, I, Elizabeth Mann, attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

*/s/Elizabeth Mann*
Elizabeth Mann