DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
ADAM R. BRAUSA (SBN 298754)
abrausa@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:  415-362-6666
Facsimile:  415-236-6300

WILMER CUTLER PICKERING HALE AND DORR LLP
CHRISTOPHER T. CASAMASSIMA (SBN 211280)
chris.casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:  213-443-5374
Facsimile:   213-443-5400

Attorneys for Defendants and Counter-Plaintiffs
GENENTECH, INC. and CITY OF HOPE

*Additional Counsel Listed on Following Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GENZYME CORPORATION,<br><br>   Plaintiff,<br><br> v.<br><br>GENENTECH, INC., and CITY OF HOPE<br><br>   Defendants.<br><br>GENENTECH, INC., and CITY OF HOPE,<br><br>   Counter-Plaintiffs,<br><br> v.<br><br>GENZYME CORPORATION<br><br>   Counter-Defendant. | Case No. 2:15-cv-09991-GW-AGR<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO ALLOW GENENTECH, INC. AND CITY OF HOPE TO FILE ANSWER AND FIRST AMENDED COUNTERCLAIMS AGAINST GENZYME, INC**<br><br>Ctrm:  10, Spring Street Floor<br>Judge: George H. Wu |

WILMER CUTLER PICKERING HALE AND DORR LLP
ROBERT J GUNTHER, JR (*Pro Hac Vice*)
Robert.Gunther@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:  212-230-8830
Facsimile:   212-230-8888

WILMER CUTLER PICKERING HALE AND DORR LLP
DAVID L CAVANAUGH (*Pro Hac Vice*)
david.cavanaugh@wilmerhale.com
AMANDA L. MAJOR (*Pro Hac Vice*)
amanda.major@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  202-663-6025
Facsimile:   202-663-6363

WILMER CUTLER PICKERING HALE AND DORR LLP
KEVIN S PRUSSIA (*Pro Hac Vice*)
kevin.prussia@wilmerhale.com
CHRISTIAN G. KIELY (*Pro Hac Vice*)
Christian.kiely@wilmerhale.com
KELLY HALFORD (*Pro Hac Vice*)
lelly.halford@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone:  617-526-6243
Facsimile:   617-526-5000

# [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, it is hereby ordered that Genentech and City of Hope be granted leave to file their Answer and First Amended Counterclaims.

**IT IS SO ORDERED.**

Date: _____

THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on June 3, 2016 with a copy of this document via the Court's CM/ECF system.

Elizabeth Mann
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
emann@mayerbrown.com

*Attorneys for Plaintiff
Genzyme Corp.*

Lisa Ferri
Brian Nolan
Richard McCormick
Scott McMurray
MAYER BROWN LLP
1221 Avenue of Americas
New York, NY 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
lferri@mayerbrown.com
bnolan@mayerbrown.com
rmccormick@mayerbrown.com
smcmurry@mayerbrown.com

*Attorneys for Plaintiff
Genzyme Corp.*

                    */s/ Adam R. Brausa*
                    ADAM R. BRAUSA