| | |
|---|---|
| 1 | DURIE TANGRI LLP |
| 2 | DARALYN J. DURIE (SBN 169825)<br>ddurie@durietangri.com |
| 3 | ADAM R. BRAUSA (SBN 298754)<br>abrausa@durietangri.com |
| 4 | 217 Leidesdorff Street<br>San Francisco, CA 94111 |
| 5 | Telephone: 415-362-6666<br>Facsimile: 415-236-6300 |
| 6 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 7 | CHRISTOPHER T. CASAMASSIMA (SBN 211280)<br>chris.casamassima@wilmerhale.com |
| 8 | 350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071 |
| 9 | Telephone: 213-443-5374<br>Facsimile: 213-443-5400 |
| 10 | Attorneys for Defendants and Counter-Plaintiffs |
| 11 | GENENTECH, INC. and CITY OF HOPE |
| 12 | *Additional counsel listed on following page* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GENZYME CORPORATION,<br><br>            Plaintiff,<br><br>      v.<br><br>GENENTECH, INC., and CITY OF HOPE<br><br>            Defendants.<br><br>GENENTECH, INC., and CITY OF HOPE,<br><br>            Counter-Plaintiffs,<br><br>      v.<br><br>GENZYME CORPORATION<br><br>            Counter-Defendant. | Case No. 2:15-cv-09991-GW-AGR<br><br>**SUPPLEMENTAL DECLARATION OF ADAM R. BRAUSA IN SUPPORT OF DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF**<br><br>Ctrm: 10, Spring Street Floor<br>Judge: George H. Wu |

DECLARATION OF ADAM R. BRAUSA IN SUPPORT OF DEFENDANTS'
RESPONSIVE CLAIM CONSTRUCTION BRIEF / CASE NO. 2:15-CV-05685-GW-AGR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WILMER CUTLER PICKERING HALE AND DORR LLP
ROBERT J GUNTHER, JR (*Pro Hac Vice*)
Robert.Gunther@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:   212-230-8830
Facsimile:    212-230-8888

WILMER CUTLER PICKERING HALE AND DORR LLP
DAVID L CAVANAUGH (*Pro Hac Vice*)
david.cavanaugh@wilmerhale.com
AMANDA L. MAJOR (*Pro Hac Vice*)
amanda.major@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:   202-663-6025
Facsimile:    202-663-6363

WILMER CUTLER PICKERING HALE AND DORR LLP
KEVIN S PRUSSIA (*Pro Hac Vice*)
kevin.prussia@wilmerhale.com
CHRISTIAN G. KIELY (*Pro Hac Vice*)
Christian.kiely@wilmerhale.com
KELLY HALFORD (*Pro Hac Vice*)
lelly.halford@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone:   617-526-6243
Facsimile:    617-526-5000

DECLARATION OF ADAM R. BRAUSA IN SUPPORT OF DEFENDANTS'
RESPONSIVE CLAIM CONSTRUCTION BRIEF / CASE NO. 2:15-CV-05685-GW-AGR

I, Adam R. Brausa, declare as follows:

1. I am an attorney at law licensed to practice in the state of California. I am an attorney with the law firm of Durie Tangri LLP, counsel for Defendants / Counter-Plaintiffs Genentech, Inc., and City of Hope in this matter. I make this declaration from personal knowledge, and if called to testify, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 14** is a true and correct copy of the transcript of the deposition of Jefferson Foote, Ph.D. taken herein on June 16, 2016.

3. Attached hereto as **Exhibit 15** is a true and correct copy of the Amendment Transmittal and Amendment under 37 C.F.R. § 1.111 dated October 1, 1999 in *In re Shmuel Cabilly, et al.*, Serial No. 08/322,187, before the U.S. Patent and Trademark Office ("PTO").

4. Attached hereto as **Exhibit 16** is a true and correct copy of a PTO's Examiner's Communication dated Nov. 18, 1999 in *In re Shmuel Cabilly, et al.*, Serial No. 08/322,187.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on July 1, 2016 in San Francisco, California

                                                     */s/ Adam R. Brausa*
                                                   ADAM R. BRAUSA

# CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on July 1, 2016 with a copy of this document via the Court's CM/ECF system.

Elizabeth Mann
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
emann@mayerbrown.com

*Attorneys for Plaintiff
Genzyme Corp.*

Lisa Ferri
Brian Nolan
Richard McCormick
Scott McMurray
MAYER BROWN LLP
1221 Avenue of Americas
New York, NY 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
lferri@mayerbrown.com
bnolan@mayerbrown.com
rmccormick@mayerbrown.com
smcmurry@mayerbrown.com

*Attorneys for Plaintiff
Genzyme Corp.*

　　　　　　　　　　　　　　　　　*/s/ Daralyn J. Durie*
　　　　　　　　　　　　　　　　　DARALYN J. DURIE

DECLARATION OF ADAM R. BRAUSA IN SUPPORT OF DEFENDANTS'
RESPONSIVE CLAIM CONSTRUCTION BRIEF / CASE NO. 2:15-CV-05685-GW-AGR