| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | ELIZABETH MANN (SBN 106524) |
| 2 | emann@mayerbrown.com |
| | 350 S. Grand Avenue, 25th Floor |
| 3 | Los Angeles, CA  90071-1503 |
| | Telephone:  (213) 229-9500 |
| 4 | Facsimile:   (213) 625-0248 |
| 5 | LISA M. FERRI (*pro hac vice*) |
| | lferri@mayerbrown.com |
| 6 | BRIAN W. NOLAN (*pro hac vice*) |
| | bnolan@mayerbrown.com |
| 7 | RICHARD J. McCORMICK (*pro hac vice*) |
| | rmccormick@mayerbrown.com |
| 8 | SCOTT A. MCMURRY (*pro hac vice*) |
| | smcmurry@mayerbrown.com |
| 9 | 1221 Avenue of the Americas |
| | New York, New York  10020-1001 |
| 10 | Telephone:  (212) 506-2500 |
| | Facsimile:   (212) 262-1910 |
| 11 | |
| 12 | Attorneys for Plaintiff and Counterclaim Defendant |
| | GENZYME CORPORATION |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| GENZYME CORPORATION, | Case No. 2:15-cv-09991-GW-AGR |
| Plaintiff, | **DECLARATION OF RICHARD J. MCCORMICK IN SUPPORT OF PLAINTIFF GENZYME CORP.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF CONCERNING U.S. PATENT No. 7,923,221** |
| vs. | |
| GENENTECH, INC., and CITY OF HOPE, | |
| Defendants. | Ctrm:   10, Spring Street |
| GENENTECH, INC., and CITY OF HOPE, | Judge:  Hon. George H. Wu |
| Counterclaim Plaintiffs, | |
| vs. | |
| GENZYME CORPORATION, | |
| Counterclaim Defendants. | |

I, Richard J. McCormick, declare:

1. I am an attorney at Mayer Brown LLP, the law firm representing Plaintiff Genzyme Corp. in the above captioned matter.

2. I make this declaration in support of Plaintiff Genzyme Corp's Opening Claim Construction Brief Concerning U.S. Patent No. 7,923,221.

3. This declaration is based on my personal knowledge, and I would testify to the matters set forth in this Declaration if called upon as a witness.

4. Attached hereto as **Exhibit U** is a true and correct copy of Office Action (Jul. 6, 1998), Cabilly III File History.

5. Attached hereto as **Exhibit V** is a true and correct copy of U.S. Patent No. 6,331,415 (the "Cabilly II patent").

I declare under penalty of perjury that the following is true and correct.

Executed on July 1, 2016, in New York, New York.

By _____
Richard J. McCormick