| | |
|---|---|
| 1 | DURIE TANGRI LLP |
| | DARALYN J. DURIE (SBN 169825) |
| 2 | ddurie@durietangri.com |
| | ADAM R. BRAUSA (SBN 298754) |
| 3 | abrausa@durietangri.com |
| | 217 Leidesdorff Street |
| 4 | San Francisco, CA 94111 |
| | Telephone: 415-362-6666 |
| 5 | Facsimile: 415-236-6300 |
| 6 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | CHRISTOPHER T. CASAMASSIMA (SBN 211280) |
| 7 | chris.casamassima@wilmerhale.com |
| | 350 South Grand Avenue, Suite 2100 |
| 8 | Los Angeles, CA 90071 |
| | Telephone: 213-443-5374 |
| 9 | Facsimile: 213-443-5400 |
| 10 | Attorneys for Defendants and Counter-Plaintiffs |
| | GENENTECH, INC. and CITY OF HOPE |
| 12 | *Additional Counsel Listed on Following Page* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GENZYME CORPORATION, | Case No. 2:15-cv-09991-GW-AGR |
| Plaintiff, | **NOTICE OF ERRATA TO THE DECLARATION OF ADAM R. BRAUSA IN SUPPORT OF DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF** |
| v. | |
| GENENTECH, INC., and CITY OF HOPE | |
| Defendants. | Ctrm: 10, Spring Street Floor |
| | Judge: George H. Wu |
| GENENTECH, INC., and CITY OF HOPE, | |
| Counter-Plaintiffs, | |
| v. | |
| GENZYME CORPORATION | |
| Counter-Defendant. | |

NOTICE OF ERRATA TO THE DECL. OF ADAM R. BRAUSA ISO DEFENDANTS'
OPENING CLAIM CONSTRUCTION BRIEF / CASE NO. 2:15-CV- 05685-GW-AGR

1  WILMER CUTLER PICKERING HALE AND DORR LLP
   ROBERT J GUNTHER, JR (*Pro Hac Vice*)
2  Robert.Gunther@wilmerhale.com
   7 World Trade Center
3  250 Greenwich Street
   New York, NY 10007
4  Telephone:   212-230-8830
   Facsimile:    212-230-8888
5
   WILMER CUTLER PICKERING HALE AND DORR LLP
6  DAVID L CAVANAUGH (*Pro Hac Vice*)
   david.cavanaugh@wilmerhale.com
7  AMANDA L. MAJOR (*Pro Hac Vice*)
   amanda.major@wilmerhale.com
8  1875 Pennsylvania Avenue NW
   Washington, DC 20006
9  Telephone:   202-663-6025
   Facsimile:    202-663-6363
10
   WILMER CUTLER PICKERING HALE AND DORR LLP
11 KEVIN S PRUSSIA (*Pro Hac Vice*)
   kevin.prussia@wilmerhale.com
12 CHRISTIAN G. KIELY (*Pro Hac Vice*)
   Christian.kiely@wilmerhale.com
13 KELLY HALFORD (*Pro Hac Vice*)
   lelly.halford@wilmerhale.com
14 60 State Street
   Boston, MA 02109
15 Telephone:   617-526-6243
   Facsimile:    617-526-5000

NOTICE OF ERRATA TO THE DECL. OF ADAM R. BRAUSA ISO DEFENDANTS'
OPENING CLAIM CONSTRUCTION BRIEF / CASE NO. 2:15-CV- 05685-GW-AGR

1  TO THE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF
2  RECORD:
3  PLEASE TAKE NOTICE that Defendants Genentech, Inc., and City of Hope
4  hereby file this Notice of Errata with respect to the "Declaration of Adam R. Brausa In
5  Support of Defendants' Opening Claim Construction Brief" that was filed on June 24,
6  2016 (Dkt. No. 75-1).

- Through inadvertence, the as-filed Exhibit 10 (Dkt. No. 75-13) attaches the incorrect document.

Accordingly, a corrected version of Exhibit 10 is attached hereto and should replace the Exhibit 10 previously filed as Dkt. No. 75-13.

Dated: July 21, 2016                    DURIE TANGRI LLP

                                        By:    */s/ Adam R. Brausa*
                                               ADAM R. BRAUSA

                                        Attorneys for Defendants
                                        and Counter-Plaintiffs
                                        GENENTECH, INC. and CITY OF HOPE

---

1
NOTICE OF ERRATA TO THE DECL. OF ADAM R. BRAUSA ISO DEFENDANTS'
OPENING CLAIM CONSTRUCTION BRIEF / CASE NO. 2:15-CV- 05685-GW-AGR

# CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on July 21, 2016 with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| Elizabeth Mann<br>MAYER BROWN LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1503<br>Telephone: (213) 229-9500<br>Facsimile: (213) 625-0248<br>emann@mayerbrown.com<br><br>*Attorneys for Plaintiff*<br>*Genzyme Corp.* | Lisa Ferri<br>Brian Nolan<br>Richard McCormick<br>Scott McMurray<br>MAYER BROWN LLP<br>1221 Avenue of Americas<br>New York, NY 10020<br>Telephone: (212) 506-2500<br>Facsimile: (212) 262-1910<br>lferri@mayerbrown.com<br>bnolan@mayerbrown.com<br>rmccormick@mayerbrown.com<br>smcmurry@mayerbrown.com<br><br>*Attorneys for Plaintiff*<br>*Genzyme Corp.* |

                                               /s/ *Adam R. Brausa*
                                                 ADAM R. BRAUSA