MAYER BROWN LLP
ELIZABETH MANN (SBN 106524)
emann@mayerbrown.com
350 S. Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

LISA M. FERRI (*pro hac vice*)
lferri@mayerbrown.com
BRIAN W. NOLAN (*pro hac vice*)
bnolan@mayerbrown.com
RICHARD J. McCORMICK (*pro hac vice*)
rmccormick@mayerbrown.com
SCOTT A. MCMURRY (*pro hac vice*)
smcmurry@mayerbrown.com
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

Attorneys for Plaintiff and Counterclaim Defendant
GENZYME CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| GENZYME CORP.,<br><br>  Plaintiff,<br><br>  vs.<br><br>GENENTECH, INC., and CITY OF HOPE,<br><br>  Defendants.<br><br>GENENTECH, INC., and CITY OF HOPE,<br><br>  Counterclaim Plaintiffs,<br><br>  vs.<br><br>GENZYME CORP.,<br><br>  Counterclaim Defendant. | Case No. 2:15-cv-09991-GW-AGR<br><br>**JOINT STIPULATION TO CONTINUE MEDIATION CONFERENCE**<br><br>Ctrm: 10, Spring Street Floor<br>Judge: George H. Wu |

This Stipulation is entered into between Plaintiff Genzyme Corporation and Defendants Genentech, Inc. and City of Hope (collectively "the Parties"), by and through their respective counsel.

WHEREAS, the Court set a post-mediation status conference for August 4, 2016. (D.I. 48 at 2.)

WHEREAS, settlement negotiations between the Parties are proceeding;

WHEREAS, the Parties are not seeking to modify any other deadlines in the schedule, including the deadlines for summary judgment and trial;

WHEREAS, good cause exists to extend the post-mediation status conference;

The Parties hereby STIPULATE and agree, subject to the Court's approval, that the post-mediation status conference be continued until September 8, 2016.

Dated: August 1, 2016

MAYER BROWN LLP

By: */s/ Lisa M. Ferri*
Lisa M. Ferri

MAYER BROWN LLP
LISA M. FERRI (*pro hac vice*)
lferri@mayerbrown.com
BRIAN W. NOLAN (*pro hac vice*)
bnolan@mayerbrown.com
RICHARD J. McCORMICK (*pro hac vice*)
rmccormick@mayerbrown.com
1221 Avenue of Americas
New York, NY 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

ELIZABETH MANN (SBN 106524)
*emann@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Plaintiff Genzyme Corporation

Dated: August 1, 2016                    DURIE TANGRI LLP

By:  */s/ Adam R. Brausa*
      Adam R. Brausa

DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
ADAM R. BRAUSA (SBN 298754)
abrausa@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666 /
Facsimile: 415-236-6300

Attorneys for Defendants GENENTECH, INC. and CITY OF HOPE

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4 regarding signatures I, Lisa M. Ferri, attest that the concurrence in the filing of the document has been obtained.

Date: August 1, 2016                    */s/ Lisa M. Ferri*
      Lisa M. Ferri