| | |
|---|---|
| 1 | MAYER BROWN LLP |
| 2 | ELIZABETH MANN (SBN 106524)<br>emann@mayerbrown.com |
| 3 | 350 S. Grand Avenue, 25th Floor<br>Los Angeles, CA 90071 |
| 4 | Telephone: (213) 229-9500<br>Facsimile: (213) 625-0248 |
| 5 | LISA M. FERRI (*pro hac vice*) |
| 6 | lferri@mayerbrown.com<br>BRIAN W. NOLAN (*pro hac vice*) |
| 7 | bnolan@mayerbrown.com<br>RICHARD J. McCORMICK (*pro hac vice*) |
| 8 | rmccormick@mayerbrown.com<br>SCOTT A. MCMURRY (*pro hac vice*) |
| 9 | smcmurry@mayerbrown.com<br>1221 Avenue of the Americas |
| 10 | New York, New York 10020-1001<br>Telephone: (212) 506-2500 |
| 11 | Facsimile: (212) 262-1910 |
| 12 | Attorneys for Plaintiff and Counterclaim Defendant<br>GENZYME CORPORATION |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| GENZYME CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>GENENTECH, INC., and CITY OF HOPE,<br><br>Defendants. | Case No. 2:15-cv-09991-GW-AGR<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE MEDIATION CONFERENCE**<br><br>Ctrm: 10, Spring Street Floor<br>Judge: George H. Wu |
| GENENTECH, INC., and CITY OF HOPE,<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>GENZYME CORP.,<br><br>Counterclaim Defendant. | |

Having considered the Joint Stipulation to Continue Mediation Conference ("the Stipulation"), the Court hereby ORDERS as follows:

The Stipulation is GRANTED.

**IT IS SO ORDERED.**

Dated:_____     By:_____
                                         The Honorable George H. Wu
                                         United States District Court Judge