MAYER BROWN LLP
ELIZABETH MANN (SBN 106524)
emann@mayerbrown.com
350 S. Grand Avenue, 25th Floor
Los Angeles, CA  90071
Telephone:   (213) 229-9500
Facsimile:   (213) 625-0248

LISA M. FERRI (*pro hac vice*)
lferri@mayerbrown.com
BRIAN W. NOLAN (*pro hac vice*)
bnolan@mayerbrown.com
RICHARD J. McCORMICK (*pro hac vice*)
rmccormick@mayerbrown.com
SCOTT A. MCMURRY (*pro hac vice*)
smcmurry@mayerbrown.com
1221 Avenue of the Americas
New York, New York  10020-1001
Telephone:   (212) 506-2500
Facsimile:   (212) 262-1910

Attorneys for Plaintiff and Counterclaim Defendant
GENZYME CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GENZYME CORP.,<br><br>          Plaintiff,<br><br>     vs.<br><br>GENENTECH, INC., and CITY OF HOPE,<br><br>          Defendants. | Case No. CV 15-9991-GW(AGRx)<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE MEDIATION CONFERENCE**<br><br>Ctrm:   10, Spring Street Floor<br>Judge:  George H. Wu |
| GENENTECH, INC., and CITY OF HOPE,<br><br>          Counterclaim Plaintiffs,<br><br>     vs.<br><br>GENZYME CORP.,<br><br>          Counterclaim Defendant. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      Having considered the Joint Stipulation to Continue Mediation Conference ("the Stipulation"), the Court hereby ORDERS as follows:

The Stipulation is GRANTED.  The Post-Mediation Status Conference set for August 4, 2016 is continued to September 8, 2016 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: August 2, 2016       By:____ _George H. Wu_ _____
                    The Honorable George H. Wu
                    United States District Judge